JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

LINDSEY ALANA SPRAY,

               Plaintiff,

          v.

ANDREW M. SAUL,
Commissioner of Social Security
Administration,

               Defendant.

Case No. SA CV 19-94-SP

**JUDGMENT**

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: November 23, 2020

_____
SHERI PYM
United States Magistrate Judge