THE LAW OFFICES OF JUDITH S. LELAND, APLC
7007 Washington Avenue, Suite 240
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile:  (562) 632-1301
JUDITH S. LELAND (State Bar No: 63747)
MOSELLE C. LELAND (State Bar No: 268272)
E-mail: tracey@disabilitylawfirm.com
Attorneys for Plaintiff

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ANNABELLE YANG, CSBN
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-
    Facsimile: (415) 744-0134
    Email:  Annabelle.Yang@ssa.gov
    Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| LINDSEY ALANA SPRAY,<br><br>    Plaintiff,<br><br>        v.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. SACV 20-19-94-SP<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of FOUR THOUSAND ONE HUNDRED and FIFTY DOLLARS [$4,150.00]. as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation

Dated:  January 28, 2021   _____
                                          HONORABLE  SHERI PYM
                                          UNITED STATES MAGISTRATE JUDGE